# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BENSON & BINGHAM, LLC, | |
| Plaintiff, | Case No.: 2:09-CV-02220-LRH-RJJ |
| vs. | |
| IRASEMA VENTURA; UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA; NEW CENTURY REHABILITATION, LLC dba MATT SMITH PHYSICAL THERAPY; AMERICAN MEDICAL RESPONSE, INC.; UNIVERSAL MOBILITY EQUIPMENT, LLC; VIREN B. PATEL, D.O., A PROFESSIONAL CORPORATION; PROSTHETIC CENTER OF EXCELLENCE, A NEVADA CORPORATION; ZOTEC PARTNERS, LLC; DESERT RADIOLOGISTS, INC.; BLACK MOUNTAIN ORTHPAEDIC ASSOCIATES, LLP; H. SEWANI, MD, INC.; ATLANTIC ANESTHESIA CONSULTANTS; APEX MEDICAL CENTER; HANGER PROSTHETICS & ORTHOTICS, INC.; AMIR AFTAB, MD; UNIVERSITY OF NEVADA SCHOOL OF MEDICINE MULTISPECIALTY GROUP PRACTICE SOUTH, INC.; JOHN T. GOODSELL, D.O., PROFESSIONAL CORPORATION, GREGORY LINDERER M.D., LTD., LTD. dba ANESTHESIA ASSOCIATES; CULINARY HEALTH FUND ADMINISTRATIVE SERVICES, LLC; ANDREW M. CASH, M.D., PC; CHW NEVADA IMAGING COMPANY, LLC dba NEVADA IMAGING CENTERS; CATHOLIC HEALTHCARE WEST, dba ST. ROSE DOMINICAN HOSPITAL and ST. ROSE DOMINICAN HOME HEALTH SERVICES, | **STIPULATION TO DISTRIBUTE FUNDS AND DISMISS ALL CLAIMS** AND ORDER THEREON |
| Defendants. | |

**STIPULATION TO DISTRIBUTE FUNDS AND DISMISS ALL CLAIMS**

IT IS HEREBY STIPULATED and agreed to by Plaintiff, Benson & Bingham, LLC and the only appearing Defendant, Hotel Employees and Restaurant Employees International Union Welfare Fund, named in this case as Culinary Health Fund Administrative Services, LLC (hereinafter "Culinary"), by and through their undersigned counsel, that the following distribution of settlement proceeds that have been interplead with the Court in the amount of $30,000.00:

| | |
|---|---|
| Benson & Bingham, LLC (attorney Fees & Costs) | $ 8,000.00 |
| Culinary | $ 22,000.00 |
| **TOTAL DISTRIBUTION** | **$ 30,000.00** |

This proposal is a fair distribution of the Proceeds considering the amount of available funds to distribute is far less than the total amount claimed by the Parties in this case. Based upon the facts and circumstances of the instant matter; therefore, the only two parties that have appeared and participated in the case request this Court's Order on the distribution.

IT IS FURTHER STIPULATED that the law firm of Christensen James & Martin is authorized to distribute all funds that were previously deposited into its trust account, which totals $30,000.00, as outlined above.

IT IS FURTHER STIPULATED that the above matter should be dismissed with prejudice, all parties to bear their own fees, costs, and interest.

IT IS SO STIPULATED.

DATED this 14th day of July, 2010.

| | |
|---|---|
| **BENSON & BINGHAM** | **CHRISTENSEN JAMES & MARTIN** |
| /s/ Ben J. Bingham, Esq. | /s/ Daryl E. Martin, Esq. |
| BEN J. BINGHAM, ESQ.<br>Nevada Bar No. 7280<br>626 South 10th Street<br>Las Vegas, NV 89101<br>Attorney for Plaintiff | DARYL E. MARTIN, ESQ.<br>Nevada Bar No. 6735<br>7440 W. Sahara Ave.<br>Las Vegas, NV 89117<br>Attorney for Culinary |

1 **O R D E R**

2 Based upon the foregoing Stipulation to Distribute Funds and Dismiss All Claims; it is
3 hereby ordered that the law firm of Christensen James & Martin distribute the interplead
4 settlement proceeds of $30,000.00 as follows:

| | | |
|---|---|---|
| Benson & Bingham, LLC (attorney Fees & Costs) | $ | 8,000.00 |
| Culinary | $ | 22,000.00 |
| **TOTAL DISTRIBUTION** | **$** | **30,000.00** |

9 IT IS FURTHER ORDERED that the distribution of said funds be completed within ten
10 (10) business days from the date of this order.

11 IT IS SO ORDERED.

12 DATED this 19th day of July, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE